UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AMANDA MEYER,

                              Plaintiff,          12-CV-7088 (WHP)

    - against -

BRIAN GERWE, individually and as an employee
of ALBERT EINSTEIN COLLEGE OF
MEDICINE OF YESHIVA UNIVERSITY;
STEVE ALMO individually and as an employee of
ALBERT EINSTEIN COLLEGE OF MEDICINE
OF YESHIVA UNIVERSITY; YESHIVA
UNIVERSITY; ALBERT EINSTEIN COLLEGE
OF MEDICINE,

                             Defendants.
-----------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant YESHIVA UNIVERSITY, through their respective undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the action is hereby discontinued without prejudice as against incorrectly named defendant ALBERT EINSTEIN COLLEGE OF MEDICINE without costs or disbursements to any party over or against the other; and

      IT IS FURTHER HEREBY STIPULATED AND AGREED, that YESHIVA UNIVERSITY was Plaintiff's employer at the time of the termination of her employment and is the appropriately named corporate entity with respect to the claims in the Complaint (without admitting any of the allegations or claims thereof); and

1

15011978v.2

IT IS FURTHER HEREBY STIPULATED AND AGREED, that the caption of Plaintiff's Complaint and of this action shall be amended to delete reference to ALBERT EINSTEIN COLLEGE OF MEDICINE.

Dated: New York, New York
November 15, 2012

SCAROLA, BENINCASA & MOUZAKITIS PLLC

By: _____
Carl A. Benincasa, Esq.
186-09 Union Turnpike, 2nd Floor
Flushing, New York 11366
Phone: (718) 454-0500
Fax: (866) 853-5942
Email: cab@sbmattorneys.com

Attorneys for Plaintiff

SEYFARTH SHAW LLP

By: _____
Dov Kesselman, Esq.
620 Eighth Avenue, 32nd Floor
New York, NY 10118
Phone: (212) 218-5500
Fax: (212) 218-5526
Email: dkesselman@seyfarth.com

Attorneys for Defendants Steve Almo and Yeshiva University

SO ORDERED:

_____
Hon. William H. Pauley III
United States District Judge

2

15011978v.2