UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

AMANDA MEYER,

                                Plaintiff,

   -against-

BRIAN GERWE, individually and as an employee of ALBERT EINSTEIN COLLEGE OF MEDICINE OF YESHIVA UNIVERSITY; STEVE ALMO, individually and as an employee of ALBERT EINSTEIN COLLEGE OF MEDICINE OF YESHIVA UNIVERSITY; YESHIVA UNIVERSITY; ALBERT EINSTEIN COLLEGE OF MEDICINE,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ECF CASE**

12-CV-7088 (WHP)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Dov Kesselman, of the law firm Seyfarth Shaw LLP, hereby enters his appearance as counsel for Defendants Yeshiva University, Steve Almo, and incorrectly named Albert Einstein College of Medicine in the above-captioned action.

DATED: New York, New York
          November 15, 2012

                                Respectfully submitted,

                                SEYFARTH SHAW LLP

                        By: s/ Dov Kesselman_____
                              Dov Kesselman
                              Tara Conroy

                              620 Eighth Avenue
                              New York, New York 10018
                              Phone:  (212) 218-5500/Fax:  (212) 218-5526
                              dkesselman@seyfarth.com
                              tconroy@seyfarth.com
                              Attorneys for Defendants Yeshiva University, Steve Almo, and incorrectly named Albert Einstein College of Medicine

15028105v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.

s/ Dov Kesselman
Dov Kesselman
