UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :

AMANDA MEYER,                    :    **ECF CASE**
                                           :

                    Plaintiff,      :    12-CV-7088 (WHP)
                                           :

          -against-           :    **NOTICE OF APPEARANCE**
                                           :

BRIAN GERWE, individually and as an employee of:
ALBERT EINSTEIN COLLEGE OF MEDICINE:
OF YESHIVA UNIVERSITY; STEVE ALMO,:
individually and as an employee of ALBERT:
EINSTEIN COLLEGE OF MEDICINE OF:
YESHIVA UNIVERSITY; YESHIVA:
UNIVERSITY; ALBERT EINSTEIN COLLEGE OF
MEDICINE,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that Tara Conroy, of the law firm Seyfarth Shaw LLP, hereby

enters her appearance as counsel for Defendants Yeshiva University, Steve Almo, and

incorrectly named Albert Einstein College of Medicine in the above-captioned action.

DATED: New York, New York
           November 15, 2012

                           Respectfully submitted,

                           SEYFARTH SHAW LLP

                      By: s/ Tara Conroy_____
                         Dov Kesselman
                         Tara Conroy

                         620 Eighth Avenue
                         New York, New York 10018
                         Phone: (212) 218-5500/Fax: (212) 218-5526
                         dkesselman@seyfarth.com
                         tconroy@seyfarth.com
                         Attorneys for Defendants Yeshiva University, Steve
                         Almo, and the incorrectly named Albert Einstein
                         College of Medicine

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 15, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.


s/ Tara Conroy
Tara Conroy

15028142v.1