AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Amanda Meyer | ) | **12 CIV 7088** |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    **JUDGE PAULEY** |
| Brian Gerwe, et. al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
BRIAN GERWE
421 Larchmont Acres, Apt. A
Larchmont, NY 10538

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carl Benincasa, Esq.
Scarola, Benincasa & Mouzakitis, PLLC
186-09 Union Turnpike, 2nd Floor
Fresh Meadows, NY 11366

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: SEP 2 0 2012

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMANDA MEYER

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

BRIAN GERWE, et. al.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

12   Civ. 7088   (WHP) (REL)

**AFFIRMATION OF SERVICE**

I, __Ronald A. Spear__, declare under penalty of perjury that I have
            *(name)*
served a copy of the attached __Summons & Complaint; Electronic filing Rules for the U.S. District Court; Individual Practices of Judge Pauley; and Individual Practices of Magistrate Ellis__
            *(document you are serving)*

upon __Brian Gerwe__ whose address is __Caliper Life Sciences,__
         *(name of person served)*

__68 Elm St., Hopkinton, MA 01748__
            *(where you served document)*

by __Personal Delivery in hand__
      *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __Middleboro__, __MA__
         *(town/city)*    *(state)*

__November__   __12__, 20__12__
*(month)*   *(day)*   *(year)*

_Signature_

__260 Center St., Suite 3__
*Address*

__Middleboro, MA__
*City, State*

__02346__
*Zip Code*

__508-946-6914__
*Telephone Number*

Rev. 05/2010