UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
AMANDA MEYER,

                              Plaintiff,

     - against –                                    Case No. 12-civ-7088 (WHP)

BRIAN GERWE, individually and as an employee of
ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY; STEVE ALMO individually
and as an employee of ALBERT EINSTEIN COLLEGE
OF MEDICINE OF YESHIVA UNIVERSITY;
YESHIVA UNIVERSITY; ALBERT EINSTEIN
COLLEGE OF MEDICINE,

                              Defendants.
-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE

            Please enter the appearance of Susanne Kantor as counsel for Defendant, Brian

Gerwe in this action.

                        Susanne Kantor
                    kantors@jacksonlewis.com
                       Jackson Lewis, LLP
                   One North Broadway, 15th Floor
                    White Plains, New York 10601
                        Tel: (914) 328-0404
                        Fax: (914) 328-1882

Dated: December 3, 2012
       White Plains, New York

                              Respectfully submitted,

                              JACKSON LEWIS, LLP
                              One North Broadway, Suite 1502
                              White Plains, New York 10601

                        By:    _____
                              Susanne Kantor

                              ATTORNEYS FOR DEFENDANT
                              *BRIAN GERWE*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
AMANDA MEYER,

                              Plaintiff,

        - against –                                    Case No. 12-civ-7088 (WHP)

BRIAN GERWE, individually and as an employee of
ALBERT EINSTEIN COLLEGE OF MEDICINE OF
YESHIVA UNIVERSITY; STEVE ALMO individually
and as an employee of ALBERT EINSTEIN COLLEGE
OF MEDICINE OF YESHIVA UNIVERSITY;
YESHIVA UNIVERSITY; ALBERT EINSTEIN
COLLEGE OF MEDICINE,

                              Defendants.
-------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        This is to certify that a true and correct copy of Defendant, Brian Gerwe's Notice

of Appearance of counsel has been filed via ECF and served via U.S. First Class Mail on the 3rd

day of December, 2012 on counsel for Plaintiff at the address set forth below:

Carl Benincasa, Esq.
Scarola, Benincasa & Mouzakitis, PLLC
186-09 Union Turnpike, 2nd Floor
Flushing, New York  11366
(718) 454-0500
*Attorneys for Plaintiff*

And

Dov Kesselman, Esq.
Seyforth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, New York  10118
(212) 218-5500
*Counsel for Defendants Steve Almo and Yeshiva University*

Susanne Kantor