```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AMANDA MEYER,                                        :

                                                     :      12 Civ. 7088 (WHP)
                              Plaintiff,
                                                     :      ORDER
            -against-
                                                     :
BRIAN GERWE et al.,
                                                     :

                              Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

            It having been reported to this Court that this action has been or will be settled, it

is hereby ordered that this action be discontinued without prejudice to restoring the action to this

Court's calendar if the application to restore the action is made within thirty (30) days of the date

of this Order.  The Clerk of Court is directed to terminate all motions pending as of this date and

mark this case closed.

Dated: February 19, 2013
       New York, New York

                              SO ORDERED:


                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

-1-

*Counsel of Record:*

Carl Benincasa, Esq.
Scarola, Benincasa & Mouzakitis PLLC
775 Park Avenue
Huntington, NY 11743
*Counsel for Plaintiff*

Susanne Kantor, Esq.
Jackson Lewis LLP
One North Broadway
White Plains, NY 10601
*Counsel for Defendant Gerwe*

Dov Kesselman, Esq.
Seyfarth Shaw L.L.P.
620 Eighth Avenue
New York, NY 10018-1405
*Counsel for Defendants Almo and Yeshiva University*